## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ERIC REDMAN, | : | Civil No. 3:18-cv-44 |
| | : | |
| Petitioner | : | (Judge Mariani) |
| | : | |
| v. | : | |
| | : | |
| WARDEN DAVID EBBERT, | : | |
| | : | |
| Respondent | : | |

## ORDER

**AND NOW**, this *17th* day of January, 2018, upon consideration of the petition for writ of habeas corpus (Doc. 1), and for the reasons set forth in the Memorandum issued this date, **IT IS HEREBY ORDERED THAT:**

1. The petition for a writ of habeas corpus (Doc. 1) is **DISMISSED** without prejudice for lack of jurisdiction.

2. The Clerk of Court is directed to **CLOSE** this case.

Robert D. Mariani
United States District Judge